# Order

Supreme Court
Lansing, Michigan

September 28, 2005

Clifford W. Taylor,
Chief Justice

128430

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES ZBORIL,
        Plaintiff-Appellee,

v

        SC: 128430
        COA: 250760
        Oakland CC: 1996-535946-CK

GERALDINE FARKUS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

p0919